■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ROMAN, Also Known as JUANITO, Also Known as JUAN A. ROMAN, Also Known as JUAN A. ROMAN, JR., Appellant. [964 NYS2d 55]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 9, 2011. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.

■ CARROWAY LUXURY HOMES, LLC, Respondent, v RICHARD EDWARDS, Doing Business as EDWARDS FRAMING & CONTRACTING, Appellant, et al., Defendant. [963 NYS2d 907]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, J.), entered October 14, 2011. The order, insofar as appealed from, granted the motion of plaintiff for summary judgment against defendant Richard Edwards, doing business as Edwards Framing & Contracting.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 4 and 9, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.

■ JAMES HENNING et al., Appellants, v WILLIAM H. KING, JR., ESQ., Respondent. [964 NYS2d 55]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered August 30, 2012. The order, among other things, granted the motion of defendant seeking to vacate a judgment entered on June 29, 2012.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.